**OCT. 1, 1926**

20109 to 20116 inclusive—Pennsylvania Rd. Co. v. Public Utilities Commission of Ohio; error to the Pub-

lic Utilities Commission of Ohio. Henderson & Burr and S. B. Randall, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.